IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| OCTAVIANO LOPEZ, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 5:12-cv-4083-EFM-JPO |
| RESER'S FINE FOODS, INC., | ) |
| Defendant. | ) |

## AGREED ORDER

Pursuant to this Court's Order of March 7, 2013 (Doc. 12) the parties have conferred and stipulate to the following order as shown by their respective counsel's approval of this Order. The parties request the Court to enter the following Order:

The Plaintiff shall pay to the Defendant attorneys fees in the amount of $235.00 from any settlement paid by Defendant to Plaintiff or as an offset to any judgment herein in favor of Plaintiff against Defendant, and if the Defendant prevails in this action by a final judgment, the attorneys fees herein awarded shall be deemed forgiven.

IT IS HEREBY SO ORDERED.

Dated this 20th day of March, 2013, at Kansas City, Kansas.

*s/ James P. O'Hara*
James P. O'Hara
U.S. Magistrate Judge

STIPULATED TO:

s/ Pantaleon Florez, Jr.
Pantaleon Florez, Jr. #10889
933 S. Kansas Avenue
Topeka, Kansas 66612-1210
florezlaw@aol.com
   Attorney for Plaintiff

s/ Arthur E. Palmer
Arthur E. Palmer #05949
Goodell Stratton Edmonds & Palmer LLP
515 S. Kansas Avenue
Topeka, Kansas  66603
785/233-0593
785/233-8870
Apalmer@goodellstrattonlaw.com
Attorneys for Defendant